UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE PAULA,<br>                  Defendant. | 24-CR-294 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on May 23, 2024, at 2:30 p.m., in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: May 15, 2024
       New York, New York

                                                DALE E. HO
                                    United States District Judge