

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2024

**BY ECF**

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    *United States v. Jose Paula*, 24 Cr. 294 (DEH)

Dear Judge Ho:

The parties write to request an adjournment of the status conference scheduled for November 13, 2024 at 2:00 p.m. in the above referenced matter. The Government recently extended a plea offer to the defendant. Defense counsel needs time to meet with the defendant to review the offer, and the defendant needs time to consider the offer. In light of the foregoing, the parties respectfully request that the status conference be adjourned to a date during the first week of December.

Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act until the date of the next scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue their negotiations. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:    Camille L. Fletcher
    Camille L. Fletcher
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2383

Application **GRANTED.** The status conference previously scheduled for November 13, 2024, is adjourned until **December 4, 2024, at 11:00 a.m.** The Court hereby excludes time through December 4, 2024, under the Speedy Trial Act, 18 USC 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, because it will allow Mr. Paula to review and consider the Government's plea offer with defense counsel. The Clerk of Court is respectfully requested to close ECF No. 17. **SO ORDERED.**

Dated: November 12, 2024                          Dale E. Ho
New York, New York                               United States District Judge